

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2015

No. 04-14-00735-CV

Brian C. **SIMCOE**,
Appellant

v.

Thomas **CHRISTOPHER** and Catrina Christopher,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15519
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

After considering the motion for reconsideration and reinstatement of this appeal filed by the appellant and the response filed by the appellees, the Court has decided to GRANT the motion. Accordingly, our opinion and order dated November 26, 2014, are ordered WITHDRAWN. This appeal is REINSTATED on the Court's docket, and **appellant's brief is due on or before thirty (30) days from the date of this order**. The relief requested in appellees' response is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2015.

_____
Keith E. Hottle
Clerk of Court